PAPERS IN FILE

1. Affidavit of Richard Smyth . . . . . . . . *Printed in Vol. 2*
2. Indictment . . . . . . . . . . . . . "
3. Capias and return . . . . . . . . . . . . .

# UNITED STATES
## v.
# ROBERT SMART

1808

JOURNAL ENTRIES

1. Postponement . . . . . . . . . . *Journal, infra,* \*p. 135
2. Recognizance . . . . . . . . . . . " 143
3. Nolle prosequi; discharge . . . . . . . . . " 177
4. Recognizance discharged . . . . . . . . . " 183

PAPERS IN FILE

1. Indictment . . . . . . . . . . . . . . .
2. Warrant of arrest and return . . . . . . . . . . .

# DAVID ROBISON
## v.
# GEORGE McDOUGALL

1808

JOURNAL ENTRIES

1. Rule to declare . . . . . . . . . . *Journal, infra,* \*p. 138
2. Rule to plead . . . . . . . . . . . . " 155
3. Discontinuance . . . . . . . . . . . . " 205

PAPERS IN FILE

[None]

JAMES RIVINGTON

v.

WILLIAM ROBISON AND HUGH ROBISON MARTIN, LATE
MERCHANTS IN COMPANY UNDER THE FIRM OF
ROBISON & MARTIN

1808

JOURNAL ENTRIES

1. Judgment prayed; declaration filed . . . . *Journal, infra,* \*p. 139
2. Rule to enter special bail . . . . . . . . . " 157
3. Plea filed . . . . . . . . . . . . . " 166
4. Plea filed; replication; issue; special bail . . . . . " 174
5. Rule for commission to take depositions . . . . . " 175
6. Jurors; verdict; judgment . . . . . . . . . . " 212

PAPERS IN S. C. FILE

1. Declaration . . . . . . . . . . . . . . . . .
2. Plea of non assumpsit and payment . . . . . . . . . .
3. Subpoena for Robert Forsyth . . . . . . . . . .
4. Affidavit for continuance . . . . . . . . . . . .
5. Promissory note . . . . . . . . . . . . . .

PAPERS IN D. C. FILE

1. Capias and return . . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . . . .
3. Writ of habeas corpus and return . . . . . . . . . .